IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRANDI TURNER KENNEDY                                          PLAINTIFF

V.                                          CIVIL ACTION NO. 1:25-CV-00001-SA-DAS

ITAWAMBA COUNTY JAIL, et al.                            DEFENDANTS

<u>ORDER</u>

Plaintiff Brandi Turner Kennedy, proceeding *pro se*, filed the instant action challenging the conditions of her confinement pursuant to 42 U.S.C. § 1983. In initiating this action, however, Plaintiff failed to either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). Accordingly, Plaintiff is **DIRECTED** to either pay the filing fee for this action or submit a complete IFP application, including a certified copy of Plaintiff's trust fund account statement for the 6-month period preceding the filing of the complaint, s*ee* 28 U.S.C. § 1915(a)(2), within twenty-one (21) days from the date of this Order. Plaintiff's failure to do so will result in the dismissal of this action. The Clerk of Court is directed to send Plaintiff a copy of the Court's standard IFP form for Plaintiff's completion.

**SO ORDERED**, this the 22nd day of January, 2025.

                                               /s/ David A. Sanders
                                               **DAVID A. SANDERS**
                                               **UNITED STATES MAGISTRATE JUDGE**